PROB 12C  
(5/00)

United States District Court  
Southern District of Texas  
FILED

AUG 24 2005

MICHAEL N. MILBY, CLERK

## UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Chris Yager | Case Number: | 2:97CR062-001 |
| Name of Sentencing Judge: | The Honorable Janis Graham Jack | | |
| Date of Original Sentence: | December 8, 1997 | | |
| Original Offense: | Conspiracy to possess with intent to distribute more than 1,000 kilograms of marijuana; Title 21 U.S.C. § 846 | | |
| Original Sentence: | 93 months imprisonment, five years supervised release, $100 fine and $50 special assessment. Special condition: drug treatment | | |
| Type of Supervision: | Supervised Release | Supervision Started: | March 19, 2004 |
| Assistant U.S. Attorney: | To be determined | Defense Attorney: | To be determined |

### EARLIER COURT ACTION

None.

### PETITIONING THE COURT

TO ISSUE A WARRANT for defendant located in: Houston, Harris County, Texas

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Law Violation - Possession of marijuana less than two ounces |

On or about November 10, 2004, in Kleberg County, Texas, Christopher Charles Yager committed the offense of possession of marijuana less than two ounces in that he did, then and there, intentionally and knowingly possess a useable quantity of marijuana of in an amount of two ounces or less, in violation of Texas Health and Safety Code, Subtitle C, Section 481.121, a Class B misdemeanor offense.

Chris Yager
Case Number:  2:97CR062-001
Page 2 of 3

Details: On or about November 10, 2004, Kleberg County Sheriff's Deputy Michael Johnson observed a vehicle traveling above the speed limit along the 300 block of North Highway 77, in Kleberg County, Texas. The deputy made contact with Mr. Yager by initiating a traffic stop. Mr. Yager provided his drivers license and stated the insurance should be listed on the vehicle's rental agreement. The deputy then observed Mr. Yager becoming very nervous and noticed he was not making eye contact with him. The deputy asked for consent to search his vehicle. Mr. Yager agreed and the car was driven to the Kleberg County Sheriff's Department so a safe search could be conducted. After a thorough search of the vehicle no contraband was found however, Mr. Yager was searched for weapons and deputies found a small plastic sandwich bag containing marijuana in his right shoe. Mr. Yager was placed under arrest and a check of his drivers license resulted in a notice of suspension. He was charged in Kleberg County, Texas, Criminal Court at Law, for misdemeanor possession of marijuana, case number 36539-1. Mr. Yager's bond was revoked based on his failure to appear in the Kleberg County Criminal Court at Law on April 11, 2005. An alias capias warrant was issued for his arrest. On June 10, 2005, Mr. Yager appeared in Court, pled guilty and was sentenced to 12 months probation.

2           Law Violation - Driving While License Suspended

On or about November 10, 2004, in Kleberg County, Texas, Christopher Charles Yager committed the offense of driving while license suspended in that he did, then and there, intentionally and knowingly operate a motor vehicle upon a public highway during a period that the privilege to drive a motor vehicle of the defendant was suspended under Section 601.371, Texas Transportation Code, and while said operator's license was suspended, in violation of Texas Transportation Code, Title 7, Section 521.457, a Class B misdemeanor offense.

Details: As detailed in Violation 1, Mr. Yager was also charged in Kleberg County Criminal Court at Law, for misdemeanor driving while license suspended, case number 36539-2. Mr. Yager's bond was revoked based on his failure to appear in the Kleberg County, Texas, Criminal Court at Law on April 11, 2005. An alias capias warrant was issued for his arrest. On June 10, 2005, Mr. Yager appeared in Court and this case was dismissed.

U.S. Probation Officer Recommendation:

[ X ]   The term of supervision should be
    [ X ]   revoked.
    [   ]   extended for years, for a total term of years.

[   ]   The conditions of supervision should be modified:

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Roque R. Peña, Jr.
Supervising U.S. Probation Officer

by

Respectfully submitted:

Martha M. Delgado
United States Probation Officer
July 29, 2005

Chris Yager
Case Number:  2:97CR062-001
Page 3 of 3

## THE COURT ORDERS:

[ ]   No Action

[X]   The Issuance of a Warrant, and a bond of $ 20,000 cash/~~surety~~ with supervision as directed by the Probation Officer as a condition of said bond.

[ ]   The Issuance of a Summons.

[ ]   Other _____

Janis Graham Jack
United States District Judge

8-24-05
Date